Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter **11** _____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Specialty Cartridge, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Atlanta Arms & Ammo |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-4728187 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9126 Industrial Blvd. | |
| Number        Street | Number        Street |
| | P.O. Box |
| Covington            GA    30014 | |
| City                State   ZIP Code | City                State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Newton County | |
| County | Number        Street |
| | City                State       ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Specialty Cartridge, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3329

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
                                 MM / DD / YYYY

Case number, if known _____

| Debtor | Specialty Cartridge, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street | | |
|---|---|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor     Specialty Cartridge, Inc.
           _____        Case number (if known)_____
           Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/07/2025
MM / DD / YYYY

✘ /s/ Jason Koon                                   Jason Koon
_____          _____
Signature of authorized representative of debtor     Printed name

Title  President
_____

**18. Signature of attorney**

✘ /s/ G. Frank Nason, IV                    Date  05/07/2025
_____               MM / DD / YYYY
Signature of attorney for debtor

G. Frank Nason, IV
_____
Printed name
Lamberth, Cifelli, Ellis & Nason, P.A.
_____
Firm name
6000 Lake Forrest Drive, NW Ste. 290
_____
Number         Street
Atlanta                                    GA        30328
_____
City                                       State     ZIP Code
404-262-7373                               fnason@lcenlaw.com
_____
Contact phone                              Email address

535160                                     GA
_____
Bar number                                 State

| Fill in this information to identify the case: |
|---|
| Debtor name    Specialty Cartridge, Inc. |
| United States Bankruptcy Court for the:   Northern District of Georgia |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fiocchi of America, Inc. 6930 N. Freemont Road Ozark, MO, 65721 | Terri Scherff (417) 449-1044 terri@fiocchiusa.com | Suppliers or Vendors | | | | 421,644.30 |
| 2 | Grandeur Fasteners, Inc. 18796 E State Highway 10 Danville, AR, 72833 | JJ Munn (479) 489-4532 jjmunn@grandeurfasterners.com | Suppliers or Vendors | | | | 421,277.88 |
| 3 | Amerway, Inc. 3701 Beale Ave. Altoona, PA, 16601 | Tricia Seymore (814) 944-1688 tricia@amerway.com | Suppliers or Vendors | | | | 331,666.80 |
| 4 | Wieland Metal Services 457 Warwick Industrial Drive Warwick, RI, 02886 | Jayne LaForge (401) 739-0800 Jayne.LaForge@wieland.com | Suppliers or Vendors | | | | 306,145.87 |
| 5 | Ammo, Inc. 7681 E. Gray Road. Scottsdale, AZ, 85260 | Cheryl McPhillips (480) 530-2827 cmcphillips@ammoninc.com | Suppliers or Vendors | | | | 76,800.32 |
| 6 | Starline Brass 1300 W. Henry Street Sedalia, MO, 65301 | Rhiannon Singleton (912) 827-6640 shiannon@starlinebrass.com | Suppliers or Vendors | | | | 75,563.34 |
| 7 | United States Brass & Copper 1401 Brook Drive Downers Grove, IL, 60515 | Lisa Korosic (630) 629-9340 lisa@usbrassandcopper.com | Suppliers or Vendors | | | | 70,342.92 |
| 8 | Koenig Shooting Sports 1735 Taylor Woods Road Deland, FL, 32724 | Michelle Koenig | Suppliers or Vendors | | | | 48,248.00 |

Debtor   Specialty Cartridge, Inc.
_____   Case number (if known)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Thyssenkrupp Materials P. O. Box 7427 Philadelphia, PA, 19170 | Ginger Merante (203) 303-8104 virginia.merante@thyssenkrupp-materials.com | Suppliers or Vendors | | | | 31,049.90 |
| 10 | Wilson Tool International P. O. Box 735292 Chicago, IL, 60673 | (651) 286-6125 | Suppliers or Vendors | | | | 25,385.72 |
| 11 | Georgia Arms P. O. Box 238 Villa Rica, GA, 30180 | Heather Shipley (77) 459-5117 heather@georgia-arms.com | Suppliers or Vendors | | | | 24,923.00 |
| 12 | Dame Law, P.C. 2982 Mount Vernon Road Atlanta, GA, 30338 | | Services | | | | 14,605.50 |
| 13 | Precision Corr 1875 Rockdale Industrial Blvd. Conyers, GA, 30012 | Ashley Cantero (770) 225-4159 acantero@precisioncorr.com | Suppliers or Vendors | | | | 14,339.67 |
| 14 | Header Die & Tool, Inc. 3022 Eastrock Court Rockford, IL, 61109 | Cheryl Elliott (815) 397-0123 cheryle@header.com | Suppliers or Vendors | | | | 14,082.00 |
| 15 | Oracle NetSuite 15612 Collections Center Drive Chicago, IL, 60693 | | Utility Services | | | | 11,165.00 |
| 16 | Anco Tool 1094 Echo Lake Road Watertown, CT, 06795 | ancotcgl@optonline.com | Suppliers or Vendors | | | | 10,415.00 |
| 17 | Ballistic Agency, 2613 Weston Street Auburn, AL, 36832 | Jason Young (888) 256-0692 jyoung@ballisticagency.com | Suppliers or Vendors | | | | 8,500.00 |
| 18 | McMaster-Carr P. O. Box 7690 Chicago, IL, 60680 | | Suppliers or Vendors | | | | 6,074.89 |
| 19 | American Express P.O. Box 1270 Newark, NJ, 07101 | | Credit Card Debt | | | | 5,620.75 |
| 20 | IPS Packaging & Automation P. O. Box 63477 Charlotte, NC, 28273 | Tammy McLaughlin (864) 861-1500 TMcLaughlin@ipack.com | Services | | | | 5,449.52 |

**Fill in this information to identify the case:**

Debtor name _____Specialty Cartridge, Inc._____

United States Bankruptcy Court for the: _____Northern District of Georgia_____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ..........................................................................

$ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................

$ _____15,065,301.98

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ..........................................................................

$ _____15,065,301.98

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................

$ _____6,185,287.01

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

$ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*....................................

+$ _____1,952,432.31

4. **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b

$ _____8,137,719.32

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Specialty Cartridge, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Georgia</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Pinnacle Bank (Operating Account) | Checking | 9  2  5 | $ 6,098.38 |
| 3.2. | See continuation sheet | | | $ 72,503.26 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ |
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $ 78,601.64 |

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Tenant Deposit (SWOF II Convoy 9126, LLC) | $ 91,676.00 |
| 7.2. | | $ |

Debtor    Specialty Cartridge, Inc.
_____    Case number *(if known)*_____
       Name

---

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

**9.  Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 91,676.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

                                                                        **Current value of debtor's interest**

**11. Accounts receivable**

   11a. 90 days old or less:  840,712.33 _____ – 0.00 _____ = .......➔    $ 840,712.33
                                face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:  450,170.03 _____ – 0.00 _____ = .......➔    $ 450,170.03
                              face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,290,882.36

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____    _____    $_____

   14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1. _____    _____%    _____    $_____

   15.2. _____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____    _____    $_____

   16.2. _____    _____    $_____

**17. Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Specialty Cartridge, Inc.
_____    Case number (if known)_____
Name

---

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Projectiles, Powder, Cases, Brass | ___/___/___ <br> MM / DD / YYYY | $_____ | _____ | $ 1,346,466.98 |
| 20. **Work in progress** <br> _____ | ___/___/___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___/___/___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | ___/___/___ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,346,466.98

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor    Specialty Cartridge, Inc.                                    Case number *(if known)*_____
         Name

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Tables, Chairs, Printer, Computer, Desks, Phone, Safes, Filing Cabinets | $_____ | _____ | $ 10,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 10,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Specialty Cartridge, Inc.
_____    Case number _(if known)_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 CAT 6000 Fork Lift | $_____ | FMV | $ 13,000.00 |
| 47.2 Nissan 5000 Fork Lift | $_____ | FMV | $ 7,500.00 |
| 47.3 2012 Ford Transit Connect | $_____ | _____ | $ 5,500.00 |
| 47.4 See continuation sheet | $ 0.00 | _____ | $ 33,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 0.00 | _____ | $ 12,188,675.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 12,247,675.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor    Specialty Cartridge, Inc.    Case number (if known)_____
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>DTCC Registration Code M34765 | $_____ | _____ | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

Debtor    Specialty Cartridge, Inc.
          Name

Case number (if known)_____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➜    $_____
                            Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Specialty Cartridge, Inc.
         _____         _____
         Name                                            Case number (if known)

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 78,601.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 91,676.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,290,882.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,346,466.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 12,247,675.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 15,065,301.98 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................... 15,065,301.98    $ 15,065,301.98

| Debtor 1 | Specialty Cartridge, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Bank of America Operating Account | Checking | 6850 |
| Balance: 20,502.12 | | |
| Bank of America (Payroll Account) | Checking | 5667 |
| Balance: 52,001.14 | | |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2017 Ford T-250 Transit V | | | 20,000.00 |
| 2013 Ford E450 Super Duty | | | 13,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Ammunition Equipment | | FMV | 2,951,500.00 |
| Test Firearms | | | 25,000.00 |
| Stamping Equipment in Arkansas (Formax 36M and 36M-R, Jen Fab Hot Wash) | | | 4,050,000.00 |
| Stamping Equipment in Covington | | FMV | 5,162,175.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Specialty Cartridge, Inc. |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | |

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Pinnacle Bank

**Creditor's mailing address**
6124 Highway 278 E
Covington, GA 30014

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Stamping Equipment in Covington, Projectiles, Powder, Cases, Brass, Accounts Receivable

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 6,185,287.01    Column B: $ 7,805,622.72

**2.2**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 6,185,287.01

Debtor _____Specialty Cartridge, Inc._____    Case number (if known)_____
              Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BankFinancial, National Association<br>48 Orland Square<br>Orland Park, IL, 60462 | Line 2. 1 | _____ |
| Pinnacle Bank<br>Attn: L. Jackson McConnell, Jr.<br>884 Elbert Street<br>Elberton, GA, 30635 | Line 2. 1 | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Specialty Cartridge, Inc.

United States Bankruptcy Court for the:   Northern District of Georgia

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Georgia Department of Labor
148 Andrew Young International Blvd, NE
Atlanta, GA 30303

As of the petition filing date, the claim is:   $ 0.00        $ 0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**   _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Georgia Department of Revenue
Compliance Division - ARCS-Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

As of the petition filing date, the claim is:   $ 0.00        $ 0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**   _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114-0326

As of the petition filing date, the claim is:   $ 0.00        $ 0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**   _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Specialty Cartridge, Inc. | |
|---|---|---|
| | Name | Case number (if known) |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 1270
Newark, NJ 07101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 5,620.75

Date or dates debt was incurred   _____

Last 4 digits of account number    5004

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Amerway, Inc.
3701 Beale Ave.
Altoona, PA 16601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

$ 331,666.80

Date or dates debt was incurred   _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Ammo, Inc.
7681 E. Gray Road.
Scottsdale, AZ 85260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

$ 76,800.32

Date or dates debt was incurred   _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Anco Tool
1094 Echo Lake Road
Watertown, CT 06795

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

$ 10,415.00

Date or dates debt was incurred   _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Ballistic Agency,
2613 Weston Street
Auburn, AL 36832

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

$ 8,500.00

Date or dates debt was incurred   _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Black Hills Shooter Supply
P.O. Box 4220
Rapid City, SD 57709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

$ 4,147.00

Date or dates debt was incurred   _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Specialty Cartridge, Inc._____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7** Nonpriority creditor's name and mailing address

Clearwave Fiber
P. O. Box 808
Harrisburg, IL 62946

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 807.80

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.8** Nonpriority creditor's name and mailing address

Dame Law, P.C.
2982 Mount Vernon Road
Atlanta, GA 30338

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 14,605.50

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.9** Nonpriority creditor's name and mailing address

Duplicating Systems, Inc.
177 Newton Bridge Road
Athens, GA 30607

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 116.52

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.10** Nonpriority creditor's name and mailing address

Falcon Plastics
230 Bud Crockett Drive
Lexington, TN 38351

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,158.08

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.11** Nonpriority creditor's name and mailing address

Fiocchi of America, Inc.
6930 N. Freemont Road
Ozark, MO 65721

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 421,644.30

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Specialty Cartridge, Inc.
          _____
          Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.12**  Nonpriority creditor's name and mailing address

Freedonomics Holdings, LLC
11305 Four Points Drive
Bldg. II, Ste. 100
Austin, TX 78726

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 5,130.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.13**  Nonpriority creditor's name and mailing address

Georgia Arms
P. O. Box 238
Villa Rica, GA 30180

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 24,923.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.14**  Nonpriority creditor's name and mailing address

Grainger
66555 Crescent Drive
Norcross, GA 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 50.37

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.15**  Nonpriority creditor's name and mailing address

Grandeur Fasteners, Inc.
18796 E State Highway 10
Danville, AR 72833

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 421,277.88

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.16**  Nonpriority creditor's name and mailing address

GreatAmerican Financial Svs.
625 First Street SE
Cedar Rapids, IA 52401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 306.78

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor   Specialty Cartridge, Inc.                                    Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Header Die & Tool, Inc.
3022 Eastrock Court
Rockford, IL 61109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 14,082.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Hornady
P. O. Box 1848
Grand Island, NE 68802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,455.86

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Inscio Business Solutions, LLC
P. O. Box 1315
Colleyville, TX 76034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,687.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

IPS Packaging & Automation
P. O. Box 63477
Charlotte, NC 28273

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 5,449.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Ken Johnson
12 Dixie Drive
Crawfordville, FL 32327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,601.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Specialty Cartridge, Inc. | Case number _(if known)_ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Koenig Shooting Sports
1735 Taylor Woods Road
Deland, FL 32724

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 48,248.00

---

**3.23** Nonpriority creditor's name and mailing address

Mark 7 Reloading, LLC
475 Smith Street
Middletown, CT 06457

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 569.85

---

**3.24** Nonpriority creditor's name and mailing address

McMaster-Carr
P. O. Box 7690
Chicago, IL 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,074.89

---

**3.25** Nonpriority creditor's name and mailing address

Oracle NetSuite
15612 Collections Center Drive
Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11,165.00

---

**3.26** Nonpriority creditor's name and mailing address

Precision Corr
1875 Rockdale Industrial Blvd.
Conyers, GA 30012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 14,339.67

Debtor    Specialty Cartridge, Inc.                                        Case number (if known)
          Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.27** Nonpriority creditor's name and mailing address

Precision Punch & Tooling
304 Christian Lane
Berlin, CT 06037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 80.20

---

**3.28** Nonpriority creditor's name and mailing address

Quincy Compressor, LLC
P. O. Box 123427
Dallas, TX 75312

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,627.94

---

**3.29** Nonpriority creditor's name and mailing address

R & L Carriers
600 Gillam Road
Wilmington, OH 45177

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 170.00

---

**3.30** Nonpriority creditor's name and mailing address

Randstad
P. O. Box 742689
Atlanta, GA 30374

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 714.20

---

**3.31** Nonpriority creditor's name and mailing address

Safety-Kleen
7027 Commercial Drive
Morrow, GA 30260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,180.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32** Nonpriority creditor's name and mailing address

Selective Solutions, LLC
1479 GA-212
Conyers, GA 30094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,127.00

---

**3.33** Nonpriority creditor's name and mailing address

Southern Ballistic Research
140 Indigo Drive
Brunswick, GA 31525

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,688.37

---

**3.34** Nonpriority creditor's name and mailing address

Starline Brass
1300 W. Henry Street
Sedalia, MO 65301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 75,563.34

---

**3.35** Nonpriority creditor's name and mailing address

TForce Freight, Inc.
P. O. Box 1216
Richmond, VA 23218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,447.33

---

**3.36** Nonpriority creditor's name and mailing address

Thyssenkrupp Materials
P. O. Box 7427
Philadelphia, PA 19170

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 31,049.90

Debtor _____
      Specialty Cartridge, Inc.

    Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37**  Nonpriority creditor's name and mailing address

United States Brass & Copper
1401 Brook Drive
Downers Grove, IL 60515

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 70,342.92

---

**3.38**  Nonpriority creditor's name and mailing address

Viper Security Technologies
8311 Hazlebrand Road NE
Covington, GA 30014

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 65.85

---

**3.39**  Nonpriority creditor's name and mailing address

Wieland Metal Services
457 Warwick Industrial Drive
Warwick, RI 02886

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 306,145.87

---

**3.40**  Nonpriority creditor's name and mailing address

Wilson Tool International
P. O. Box 735292
Chicago, IL 60673

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,385.72

---

**3.___**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor _____    Case number _____
      Specialty Cartridge, Inc.
      Name                                               (if known)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.**  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Express<br>CT Corporation System<br>289 S. Culver Street<br>Lawrenceville, GA, 30046 | Line _3.1_<br>☐ Not listed. Explain: | _____ |
| 4.2. | IPS Packaging & Automation<br>701 Brookfield Pakwy<br>Suite 300<br>Greenville, SC, 29607 | Line _3.20_<br>☐ Not listed. Explain | _____ |
| 4.3. | Thryssenkrupp Materials<br>111 Grain Street<br>Kernersville, NC, 27284 | Line _3.36_<br>☐ Not listed. Explain | _____ |
| 4.4. | Wilson Tool International<br>12912 Farnham Ave. N<br>White Bear Lake, MN, 55110 | Line _3.40_<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Specialty Cartridge, Inc.                                    Case number (if known)
          Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,952,432.31 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,952,432.31 |

**Fill in this information to identify the case:**

Debtor name _Specialty Cartridge, Inc._

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _____  Chapter _11_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of 9126 Industrial Blvd, Covington, GA<br>Lessee | SWOF II Convoy 9126, LLC<br>3927 Whitting Drive NE<br>Atlanta, GA, 30342 |
| | State the term remaining | 10 years, 7 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Cash Flow Lease/Master Lease Agreement (Schedule 6)<br>Lessee | Pinnacle Bank<br>Attn: L. Jackson McConnell, Jr.<br>884 Elbert Street<br>Elberton, GA, 30635 |
| | State the term remaining | 8 years 5 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Cash Flow Lease/Master Lease Agreement (Schedule 5)<br>Lessee | Pinnacle Bank<br>Attn: L. Jackson McConnell, Jr.<br>884 Elbert Street<br>Elberton, GA, 30635 |
| | State the term remaining | 8 years 1 month | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name  Specialty Cartridge, Inc.

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):

---

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Jason Koon | 208 St. Andrew Court Social Circle, GA 30025 | Pinnacle Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Jason Koon | 208 St. Andrew Court Social Circle, GA 30025 | SWOF II Convoy 9126, LL | ☐ D ☐ E/F ☑ G |
| 2.3 Jason Koon | 208 St. Andrew Court Social Circle, GA 30025 | Pinnacle Bank | ☐ D ☐ E/F ☑ G |
| 2.4 Jason Koon | 208 St. Andrew Court Social Circle, GA 30025 | Pinnacle Bank | ☐ D ☐ E/F ☑ G |
| 2.5 American Componen | 9126 Industrial Blvd. Covington, GA 30014 | Pinnacle Bank | ☑ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Specialty Cartridge, Inc._____

United States Bankruptcy Court for the: ___Northern District of Georgia_____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/07/2025___            ✖ /s/ Jason Koon _____
               MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                   Jason Koon _____
                                   Printed name

                                   President _____
                                   Position or relationship to debtor

United States Bankruptcy Court

Northern District of Georgia

In re:  Specialty Cartridge, Inc.                                    Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____05/07/2025_____

/s/ Jason Koon
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

American Components Manufacturing and Engineering, Inc.
9126 Industrial Blvd.
Covington, GA 30014

American Express
P.O. Box 1270
Newark, NJ 07101

American Express
CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Amerway, Inc.
3701 Beale Ave.
Altoona, PA 16601

Ammo, Inc.
7681 E. Gray Road.
Scottsdale, AZ 85260

Anco Tool
1094 Echo Lake Road
Watertown, CT 06795

Ballistic Agency,
2613 Weston Street
Auburn, AL 36832

BankFinancial, National Association
48 Orland Square
Orland Park, IL 60462

Black Hills Shooter Supply
P.O. Box 4220
Rapid City, SD 57709

Clearwave Fiber
P. O. Box 808
Harrisburg, IL 62946

Dame Law, P.C.
2982 Mount Vernon Road
Atlanta, GA 30338

Duplicating Systems, Inc.
177 Newton Bridge Road
Athens, GA 30607

Falcon Plastics
230 Bud Crockett Drive
Lexington, TN 38351

Fiocchi of America, Inc.
6930 N. Freemont Road
Ozark, MO 65721

Freedonomics Holdings, LLC
11305 Four Points Drive
Bldg. II, Ste. 100
Austin, TX 78726

Georgia Arms
P. O. Box 238
Villa Rica, GA 30180

Georgia Department of Labor
148 Andrew Young International Blvd, NE
Atlanta, GA 30303

Georgia Department of Revenue
Compliance Division - ARCS-Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Grainger
66555 Crescent Drive
Norcross, GA 30071

Grandeur Fasteners, Inc.
18796 E State Highway 10
Danville, AR 72833

GreatAmerican Financial Svs.
625 First Street SE
Cedar Rapids, IA 52401

Header Die & Tool, Inc.
3022 Eastrock Court
Rockford, IL 61109

Hornady
P. O. Box 1848
Grand Island, NE 68802

Inscio Business Solutions, LLC
P. O. Box 1315
Colleyville, TX 76034

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114-0326

IPS Packaging & Automation
P. O. Box 63477
Charlotte, NC 28273

IPS Packaging & Automation
701 Brookfield Pakwy
Suite 300
Greenville, SC 29607

Jason Koon
208 St. Andrew Court
Social Circle, GA 30025

Ken Johnson
12 Dixie Drive
Crawfordville, FL 32327

Koenig Shooting Sports
1735 Taylor Woods Road
Deland, FL 32724

Mark 7 Reloading, LLC
475 Smith Street
Middletown, CT 06457

McMaster-Carr
P. O. Box 7690
Chicago, IL 60680

Oracle NetSuite
15612 Collections Center Drive
Chicago, IL 60693

Pinnacle Bank
6124 Highway 278 E
Covington, GA 30014

Pinnacle Bank
Attn: L. Jackson McConnell, Jr.
884 Elbert Street
Elberton, GA 30635

Precision Corr
1875 Rockdale Industrial Blvd.
Conyers, GA 30012

Precision Punch & Tooling
304 Christian Lane
Berlin, CT 06037

Quincy Compressor, LLC
P. O. Box 123427
Dallas, TX 75312

R & L Carriers
600 Gillam Road
Wilmington, OH 45177

Randstad
P. O. Box 742689
Atlanta, GA 30374

Safety-Kleen
7027 Commercial Drive
Morrow, GA 30260

Selective Solutions, LLC
1479 GA-212
Conyers, GA 30094

Southern Ballistic Research
140 Indigo Drive
Brunswick, GA 31525

Starline Brass
1300 W. Henry Street
Sedalia, MO 65301

SWOF II Convoy 9126, LLC
3927 Whitting Drive NE
Atlanta, GA 30342

TForce Freight, Inc.
P. O. Box 1216
Richmond, VA 23218

Thryssenkrupp Materials
111 Grain Street
Kernersville, NC 27284

Thyssenkrupp Materials
P. O. Box 7427
Philadelphia, PA 19170

United States Brass & Copper
1401 Brook Drive
Downers Grove, IL 60515


Viper Security Technologies
8311 Hazlebrand Road NE
Covington, GA 30014


Wieland Metal Services
457 Warwick Industrial Drive
Warwick, RI 02886


Wilson Tool International
P. O. Box 735292
Chicago, IL 60673


Wilson Tool International
12912 Farnham Ave. N
White Bear Lake, MN 55110

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Specialty Cartridge, Inc.                                Chapter  11
_____  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jason Koon<br>208 St. Andrews Court, Social Circle, GA 30025 | 100 | Common stockholder |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 25- |
| SPECIALTY CARTRIDGE, INC. | ) | |
| | ) | CHAPTER 11 |
| Debtor | ) | |
| _____ | ) | |

**RULE 2016 DISCLOSURE STATEMENT OF COMPENSATION
OF ATTORNEY FOR DEBTOR**

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am an officer in the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., (the "Firm") and that compensation paid to the Firm within one year before the filing of the petition in bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of Debtor in contemplation of or in connection with the bankruptcy case is as follows:

a.      For legal services, the Firm will charge its standard hourly rates;

b.      The Firm received $31,738.00 from Debtor on March 18, 2025, on behalf of Debtor and American Components Manufacturing and Engineering, Inc. ("ACME"). The Firm applied $11,007.50 to fees incurred through May 1, 2025. The filing fees for this Debtor and ACME  totaling $3,476 were paid out of the amounts paid, leaving an unused retainer balance of $17,245.50.

c.      The fees have not been shared and will not be shared with any other person, other than members and associates of the Firm.

Dated: May 7, 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
Attorneys for Debtor

By: _/s/ G. Frank Nason, IV_
G. Frank Nason, IV
Georgia Bar No. 535160

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)