## CERTIFIED COPY OF RESOLUTIONS ADOPTED
## BY THE DIRECTOR OF SPECIALTY CARTRIDGE, INC.

The undersigned, Jason Koon, being the director, president, and sole shareholder (the "Officer") of Specialty Cartridge, Inc. (the "Company"), do hereby certify that the following resolutions were adopted effective May 7, 2025, and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia be and hereby is, approved;

FURTHER RESOLVED that the Officer is authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

FURTHER RESOLVED, that the Officer is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time and in such form as the Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

FURTHER RESOLVED, that the Officer of the Company be, and hereby is, authorized and directed to retain on behalf of the Company the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., to render legal services to, and to represent, the Company in connection with such bankruptcy proceedings and other related matters in connection therewith, on such terms as such Officer shall approve;

FURTHER RESOLVED, that the Officer of the Company be, and hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, plans, and other papers, and to take any and all other and further actions which such Officer or Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case;

FURTHER RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and the Officer be, and hereby is, authorized, empowered and directed to make said payments as such Officer may deem necessary, appropriate, advisable or desirable, such payment by such Officer to constitute conclusive evidence of the Officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the Officer in connection with the bankruptcy proceedings of the Company or any matter related thereto by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 7th day of May, 2025.

SPECIALTY CARTRIDGE, INC.

By: _____
Jason Koon, President