UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SPECIALTY CARTRIDGE, INC., d/b/a Atlanta Arms | ) ) | CASE NO. 25-55193-pwb |
| | ) | |
| Debtor | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Specialty Cartridge, Inc. d/b/a Atlanta Arms filed the following (collectively, the "Motion"):

(i) *Motion for (1) Order Authorizing Use of Cash Collateral to Avoid Immediate and Irreparable Harm and Granting Related Relief, and (2) Final Order Authorizing Cash Collateral Use*

(ii) *Emergency Motion for Order Authorizing Payment of Prepetition Employee Compensation and Benefits in the Ordinary Course of Business*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motions on **May 9, 2025** at **2:00 p.m.** in Courtroom **1401**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303. which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.

Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: May 8, 2025

                                      LAMBERTH, CIFELLI,
                                      ELLIS & NASON, P.A.
                                      *Proposed Counsel for Debtor*

                                      By: /s/ *G. Frank Nason, IV*
                                                G. Frank Nason, IV
                                                Georgia Bar No. 53516
                                                fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

A separate certificate will reflect service on additional parties by electronic mail.

Dated: May 8, 2025

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, GA 30328
(404) 262-7373
(404) 262-9911 (facsimile)