| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Specialty Cartridge, Inc.**<br>Name | EIN **46–4728187** |
| United States Bankruptcy Court **Northern District of Georgia**<br>Court website: www.ganb.uscourts.gov | | Date case filed for chapter **11**  **5/7/25** |
| Case number:  **25–55193–pwb** | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | Specialty Cartridge, Inc. |
| 2. | **All other names used in the last 8 years** | aka Atlanta Arms & Ammo |
| 3. | **Address** | 9126 Industrial Blvd.<br>Covington, GA 30014 |
| 4. | **Debtor's attorney**<br>Name and address | G. Frank Nason IV<br>Lamberth Cifelli Ellis & Nason PA<br>Ste 290<br>6000 Lake Forrest Drive, NW<br>Atlanta, GA 30328 | Contact phone 404–262–7373<br><br>Email:  fnason@lcenlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen<br>Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours:  8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone  404–215–1000 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **June 12, 2025 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting will be telephonic. To attend, Dial: 888–902–9750 and enter: 9635734, when prompted for participation code.** |

For more information, see page 2 >

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debts, which may include all or part of your debt under 11 U.S.C. § 1141(d)(6)(A). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                    Case No. 25-55193-pwb

Specialty Cartridge, Inc.                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                                   Page 1 of 3

Date Rcvd: May 08, 2025                 Form ID: 309F1                             Total Noticed: 62

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Specialty Cartridge, Inc., 9126 Industrial Blvd., Covington, GA 30014-1702 |
| aty | + | Alan Hinderleider, Office of the United States Trustee, 362 Richard B Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303-3315 |
| smg | | Secretary of the Treasury, 15th & Pennsylvania Avenue, NW, Washington, DC 20200 |
| 25265759 | + | American Components Manufacturing and Engineering,, 9126 Industrial Blvd., Covington, GA 30014-1473 |
| 25265761 | + | American Express, CT Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046-4805 |
| 25265762 | + | Amerway, Inc., 3701 Beale Ave., Altoona, PA 16601-1317 |
| 25265763 | + | Ammo, Inc., 7681 E. Gray Road., Scottsdale, AZ 85260-3469 |
| 25265764 | + | Anco Tool, 1094 Echo Lake Road, Watertown, CT 06795-1635 |
| 25265765 | + | Ballistic Agency,, 2613 Weston Street, Auburn, AL 36832-3671 |
| 25265766 | + | BankFinancial, National Association, 48 Orland Square, Orland Park, IL 60462-6539 |
| 25265767 | + | Black Hills Shooter Supply, P.O. Box 4220, Rapid City, SD 57709-4220 |
| 25265768 | + | Clearwave Fiber, P. O. Box 808, Harrisburg, IL 62946-0808 |
| 25265769 | | Dame Law, P.C., 2982 Mount Vernon Road, Atlanta, GA 30338 |
| 25265770 | + | Duplicating Systems, Inc., 177 Newton Bridge Road, Athens, GA 30607-1173 |
| 25265771 | + | Falcon Plastics, 230 Bud Crockett Drive, Lexington, TN 38351-4762 |
| 25265772 | + | Fiocchi of America, Inc., 6930 N. Freemont Road, Ozark, MO 65721-5954 |
| 25265773 | + | Freedonomics Holdings, LLC, 11305 Four Points Drive, Bldg. II, Ste. 100, Austin, TX 78726-2204 |
| 25265774 | + | Georgia Arms, P. O. Box 238, Villa Rica, GA 30180-0238 |
| 25265777 | | Grainger, 66555 Crescent Drive, Norcross, GA 30071 |
| 25265778 | | Grandeur Fasteners, Inc., 18796 E State Highway 10, Danville, AR 72833 |
| 25265780 | + | Header Die & Tool, Inc., 3022 Eastrock Court, Rockford, IL 61109-1760 |
| 25265781 | + | Hornady, P. O. Box 1848, Grand Island, NE 68802-1848 |
| 25265785 | + | IPS Packaging & Automation, 701 Brookfield Pakwy, Suite 300, Greenville, SC 29607-5721 |
| 25265784 | + | IPS Packaging & Automation, P. O. Box 63477, Charlotte, NC 28263-3477 |
| 25265782 | + | Inscio Business Solutions, LLC, P. O. Box 1315, Colleyville, TX 76034-1315 |
| 25265786 | + | Jason Koon, 208 St. Andrew Court, Social Circle, GA 30025-4349 |
| 25265787 | + | Ken Johnson, 12 Dixie Drive, Crawfordville, FL 32327-1312 |
| 25265788 | + | Koenig Shooting Sports, 1735 Taylor Woods Road, Deland, FL 32724-9403 |
| 25265789 | + | Mark 7 Reloading, LLC, 475 Smith Street, Middletown, CT 06457-1529 |
| 25265791 | + | Oracle NetSuite, 15612 Collections Center Drive, Chicago, IL 60693-0001 |
| 25265793 | + | Pinnacle Bank, Attn: L. Jackson McConnell, Jr., 884 Elbert Street, Elberton, GA 30635-2628 |
| 25265792 | + | Pinnacle Bank, 6124 Highway 278 E, Covington, GA 30014-2661 |
| 25265794 | + | Precision Corr, 1875 Rockdale Industrial Blvd., Conyers, GA 30012-3939 |
| 25265795 | + | Precision Punch & Tooling, 304 Christian Lane, Berlin, CT 06037-1420 |
| 25265796 | + | Quincy Compressor, LLC, P. O. Box 123427, Dallas, TX 75312-3427 |
| 25265798 | + | Randstad, P. O. Box 742689, Atlanta, GA 30374-2689 |
| 25265803 | + | SWOF II Convoy 9126, LLC, 3927 Whitting Drive NE, Atlanta, GA 30342-4205 |
| 25265800 | | Selective Solutions, LLC, 1479 GA-212, Conyers, GA 30094 |
| 25265801 | + | Southern Ballistic Research, 140 Indigo Drive, Brunswick, GA 31525-6854 |
| 25265802 | + | Starline Brass, 1300 W. Henry Street, Sedalia, MO 65301-2753 |
| 25265804 | + | TForce Freight, Inc., P. O. Box 1216, Richmond, VA 23218-1216 |
| 25265805 | + | Thryssenkrupp Materials, 111 Grain Street, Kernersville, NC 27284-2792 |
| 25265806 | + | Thyssenkrupp Materials, P. O. Box 7427, Philadelphia, PA 19170-0001 |
| 25265807 | + | United States Brass & Copper, 1401 Brook Drive, Downers Grove, IL 60515-1089 |

| | | |
|---|---|---|
| 25265808 | + | Viper Security Technologies, 8311 Hazlebrand Road NE, Covingtom, GA 30014-1512 |
| 25265809 | + | Wieland Metal Services, 457 Warwick Industrial Drive, Warwick, RI 02886-2460 |
| 25265810 | + | Wilson Tool International, P. O. Box 735292, Chicago, IL 60673-5292 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: fnason@lcenlaw.com | May 08 2025 20:24:00 | G. Frank Nason, IV, Lamberth Cifelli Ellis & Nason PA, Ste 290, 6000 Lake Forrest Drive, NW, Atlanta, GA 30328 |
| smg | EDI: IRS.COM | May 09 2025 00:18:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: atlreorg@sec.gov | May 08 2025 20:25:00 | U. S. Securities and Exchange Commission, Office of Reorganization, Suite 900, 950 East Paces Ferry Road, NE, Atlanta, GA 30326-1382 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | May 08 2025 20:25:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25265760 | + Email/PDF: bncnotices@becket-lee.com | May 08 2025 20:31:58 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 25265776 | EDI: GADEPTOFREV.COM | May 09 2025 00:18:00 | Georgia Department of Revenue, Compliance Division - ARCS-Bankruptcy, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345-3202 |
| 25265775 | ^ MEBN | May 08 2025 20:22:01 | Georgia Department of Labor, 148 Andrew Young International Blvd, NE, Atlanta, GA 30303-1751 |
| 25265834 | ^ MEBN | May 08 2025 20:22:01 | Georgia Dept. of Labor, Suite 910, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 25265835 | ^ MEBN | May 08 2025 20:22:04 | Georgia Dept. of Labor, Suite 826, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 25265779 | + Email/Text: dpetersen@greatamerica.com | May 08 2025 20:25:00 | GreatAmerican Financial Svs., 625 First Street SE, Cedar Rapids, IA 52401-2030 |
| 25265790 | + Email/Text: chi.sales@mcmaster.com | May 08 2025 20:24:00 | McMaster-Carr, P. O. Box 7690, Chicago, IL 60680-7690 |
| 25265797 | + Email/Text: tina.runyon@rlcarriers.com | May 08 2025 20:25:00 | R & L Carriers, 600 Gillam Road, Wilmington, OH 45177-9089 |
| 25265799 | + Email/Text: bankruptcy@safety-kleen.com | May 08 2025 20:24:00 | Safety-Kleen, 7027 Commercial Drive, Morrow, GA 30260-4118 |
| 25265836 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | May 08 2025 20:25:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25265811 | Email/Text: ar.credit@wilsontool.com | May 08 2025 20:24:00 | Wilson Tool International, 12912 Farnham Ave. N, White Bear Lake, MN 55110 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25265783 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Operations, P. O. Box 21126, Philadelphia, PA 19114-0326 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 113E-9 | User: bncadmin | Page 3 of 3
Date Rcvd: May 08, 2025 | Form ID: 309F1 | Total Noticed: 62

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| G. Frank Nason, IV | on behalf of Debtor Specialty Cartridge Inc. fnason@lcenlaw.com, NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com |

TOTAL: 2