

**IT IS ORDERED as set forth below:**

**Date: May 9, 2025**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SPECIALTY CARTRIDGE, INC., d/b/a | ) | CASE NO. 25-55193-pwb |
| Atlanta Arms | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**ORDER AUTHORIZING**
**PAYMENT OF PREPETITION EMPLOYEE COMPENSATION AND**
**BENEFITS IN THE ORDINARY COURSE OF BUSINESS**

On May 8, 2025, Specialty Cartridge, Inc. d/b/a Atlanta Arms, debtor and debtor in possession in the above-styled chapter 11 case ("Debtor"), filed its *Emergency Motion for Order Authorizing Payment of Prepetition Employee Compensation and Benefits in the Ordinary Course of Business* (the "Employee Motion") (Doc. No. 7), seeking authority to pay or otherwise honor various employee-related prepetition obligations of Debtor, to or for the benefit of, currently active employees.

Debtor's counsel has certified that a copy of the notice of the hearing of the Employee Motion has been served either through the ECF filing systems or electronic mail on all parties with a potential interest in cash collateral, the twenty largest unsecured creditors, and the U.S. Trustee (Doc. Nos. 9, 10, and 11). The Court finds that notice of the Employee Motion, as it relates to this Order, is sufficient for all purposes under the Bankruptcy Code.

Hearing on the Motion was held May 9, 2025 (the "Hearing"). Counsel for Debtor, G. Frank Nason, IV, appeared at the Hearing and represented to the Court that he was not aware of any party that opposed the entry of this Order. No party appeared to oppose the relief sought. Notice of the Employee Motion and the hearing appears to have been appropriate in these particular circumstances and is sufficient for all purposes under the Bankruptcy Code with respect to the relief requested. Based upon the record in the case and the representations of Debtor's counsel, and after due consideration and sufficient cause appearing therefore, it is hereby

**ORDERED** that the relief requested in the Employee Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that, subject to the condition below, Debtor is authorized to fund the salaried employees and hourly employees payroll due May 14, 2025; and it is further

**ORDERED** that Debtor is authorized to make all normal and customary withholdings and deductions from wages and other compensation paid, to timely and promptly make all matching payments or contributions required under applicable law with respect to all amounts authorized herein for the purpose of paying all applicable taxes and other obligations normally

associated with those payrolls, and to timely and promptly remit payment of taxes and other obligations on each and every payroll; and it is further

**ORDERED** that Debtor is authorized to pay the premiums for the Policy (as defined in the Employee Motion) due for the month of May, 2025.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
*Proposed Counsel for Debtor*

By: */s/ G. Frank Nason, IV*
       G. Frank Nason, IV
       Georgia Bar No. 535160
6000 Lake Forrest Drive, NW
Suite 290
Atlanta, GA 30328
(404) 262-7373
fnason@lcenlaw.com


**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328

Alan Hinderleider, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Michael Pugh, Thompson O'Brien Kemp & Nasuti, PC, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-55193-pwb |
| Specialty Cartridge, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: May 09, 2025 | Form ID: pdf453 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Specialty Cartridge, Inc., 9126 Industrial Blvd., Covington, GA 30014-1702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | May 09 2025 20:24:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 11, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| G. Frank Nason, IV | on behalf of Debtor Specialty Cartridge Inc. fnason@lcenlaw.com, NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com |
| Michael Brian Pugh | on behalf of Creditor Pinnacle Bank mpugh@tokn.com ccavorsi@tokn.com;pugh.michaelb145026@notify.bestcase.com |

TOTAL: 3