UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SPECIALTY CARTRIDGE, INC., d/b/a | ) | CASE NO. 25-55193-pwb |
| Atlanta Arms | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

### NOTICE OF APPLICATION TO EMPLOY DEBTOR'S COUNSEL, DEADLINE TO OBJECT AND FOR HEARING

**PLEASE TAKE NOTICE** that Specialty Cartridge, Inc. ("Debtor") filed its *Application to Employ Lamberth, Cifelli, Ellis & Nason, P.A., as Counsel for Debtor* (the "Application") on May 12, 2025.[1] The Application seeks the approval of the employment of Lamberth, Cifelli, Ellis & Nason, P.A. as counsel for Debtor.

Pursuant to the *Third Amended and Restated General Order No. 24-2018*, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty one (21) days from the date of service of this notice. **If you object to the relief requested in the Application, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive Street, SW, Atlanta, Georgia 30303, and serve a copy on G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Application on **June 12, 2025** at **10:00 a.m.** in Courtroom **1401**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303. which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

---

[1] The Application is on file with the Clerk of the Court at the address set forth below and is available for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel below.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: May 12, 2025

                                              LAMBERTH, CIFELLI,
                                               ELLIS & NASON, P.A.
                                              *Proposed Counsel for Debtor*

                                              By: */s/ G. Frank Nason, IV*
                                                       G. Frank Nason, IV
                                                       Georgia Bar No. 535160
                                                       fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Notice of Application to Employ Debtor's Counsel, Deadline to Object and for Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Service on other parties will be certified by a separate certificate.

Dated: May 12, 2025

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, GA 30328
(404) 262-7373
(404) 262-9911 (facsimile)